**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



|  |  |
|---|---|
| GELACIO DELORES PANZO, AKA Gelasio Dolores Panzo, AKA Geracio Panzo,<br><br>            Petitioner,<br><br>  v.<br><br>LORETTA E. LYNCH, Attorney General,<br><br>            Respondent. | No. 14-71976<br><br>Agency No. A095-758-802<br><br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted December 9, 2015[**]

Before:    WALLACE, RAWLINSON, and IKUTA, Circuit Judges.

Gelacio Delores Panzo, a native and citizen of Mexico, petitions for review

of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

immigration judge's decision denying his request for voluntary departure. We dismiss the petition for review.

We lack jurisdiction to review the BIA's discretionary denial of Panzo's application for voluntary departure where Panzo presents no question of law that would invoke our jurisdiction. *See Gil v. Holder,* 651 F.3d 1000, 1003 (9th Cir. 2011) (overruled on other grounds by *Moncrieffe v. Holder,* 133 S.Ct. 1678 (2013)) (this court has no jurisdiction to review discretionary denials of voluntary departure, but retains jurisdiction to review questions of law or constitutional challenges to denials of such relief); *see also Corro-Barragan v. Holder,* 718 F.3d 1174, 1176-77 (9th Cir. 2013) (same).

**PETITION FOR REVIEW DISMISSED.**